Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERTA W. EVANS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 4:11-cv-____-____ |

## NOTICE OF REMOVAL

TO:      The United States District Court
               For the District of Alaska

AND TO:   Jason W. Gazewood, Esq.

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, Wal-Mart Stores, Inc., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Roberta W. Evans v. Wal-Mart Stores, Inc.,* filed in the Superior Court for the State of Alaska, Fourth Judicial District at Anchorage, Case No. 4FA-10-3363 CI. You are also

notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Fourth Judicial District at Fairbanks, and that said action has thereby been removed from the Superior Court to the United States District Court. *See,* Exhibit A ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. B, Complaint at ¶ 1). Defendant is a Delaware corporation whose principal place of business is in Arkansas. Defendant is therefore a citizen of Delaware and Arkansas, and there is complete diversity of citizenship amongst the parties. This removal is being filed within twenty (30) days after service of process.

Suit was filed by plaintiff in Alaska Superior Court, Fourth Judicial District at Fairbanks, on or about December 28, 2010. Plaintiff's counsel claims damages in excess of $75,000. Summons was served on defendant on April 26, 2011.

Based on the above, this court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 12th day of May, 2011, Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Defendant
>
>By:   /s/ Kenneth M. Gutsch
>      Kenneth M. Gutsch
>      RICHMOND & QUINN
>      360 "K" Street, Suite 200

**NOTICE OF REMOVAL**
EVANS v. WAL-MART STORES, INC., Case No. 4:11-cv-_____-_____
Page 2

Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907)276-2953
Email: kgutsch@richmondquinn.com
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of May, 2011, a copy of the foregoing was served by electronically on the following:

Jason Z. Gazewood
Jason@fairbanksaklaw.com

____/s/ Kenneth M. Gutsch_____
RICHMOND & QUINN
2245\029\PLD\Removal from State Court

**NOTICE OF REMOVAL**
EVANS v. WAL-MART STORES, INC., Case No. 4:11-cv-_____- _____
Page 3