IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

ROBERTA W. EVANS,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

Case No. 4FA-10-3363 CI

## COMPLAINT

Plaintiff, Roberta Evans, through counsel Gazewood & Weiner, P.C., for her Complaint against Defendant, Wal-Mart Stores Inc., hereby alleges as follows:

1. Plaintiff, Roberta Evans, was a resident of the Fourth Judicial District at Fairbanks, Alaska at the time of the incident.

2. Defendant Wal-Mart Stores, Inc. is an Arkansas corporation with an office in the First Judicial District at Juneau, Alaska.

3. Defendant is the owner and/or operator of Wal-Mart Store #2722 in Fairbanks, Alaska.

4. As the owner and/or operator of Wal-Mart Store #2722, Defendant had a duty to maintain the parking lot in a reasonably safe condition for store patrons.

5. On December 28, 2008, Plaintiff parked in Wal-Mart Store #2722's parking lot and conducted business at Wal-Mart Store #2722. As Plaintiff walked from the store through the parking lot, Plaintiff slipped and fell, and suffered injuries.

6. Defendant negligently failed to properly maintain the parking lot of Wal-Mart Store #2722 in the area where the Plaintiff fell. As a direct and proximate result of such failure,

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Roberta Evans v. Wal-Mart Stores, Inc.
Case No. 4FA-10-3363 CI

Page 1 of 2

Exhibit B

Complaint

Page 1 of 2 Pages

Case 4:11-cv-00008-RRB Document 1-2 Filed 05/13/11 Page 1 of 2

Plaintiff was injured when she slipped and fell. Plaintiff was injured and suffered damages which include, but are not limited to the following:

    a.    Medical and pharmaceutical expenses, past and future;

    b.    Loss of enjoyment of life past and future;

    c.    Pain and suffering, past and future;

    d.    Permanent injury;

    e.    Such other and further damages as Plaintiff may prove at trial.

7. Plaintiff's injuries as a result of the slip and fall include a damaged right leg, for which surgery was required. Plaintiff's damages, suffered as a result of Defendant's negligence, exceed $100,000.00.

WHEREFORE, Plaintiff prays for the following relief from Defendant:

1. For an award of compensatory damages exceeding $100,000.00, the exact amount to be proven at trial.

2. For an award of costs, prejudgment interest and Rule 82 attorney's fees for the prosecution of this action.

3. For all such other relief as this Court deems proper.

DATED on the 28th day of December, 2010, at Fairbanks, Alaska.

GAZEWOOD & WEINER
Attorneys for Plaintiff

*/signature/*
Jason A. Gazewood
ABA No. 0211060

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Roberta Evans v. Wal-Mart Stores, Inc.
Case No. 4FA-10-3363 CI

Page 2 of 2

Exhibit B — Complaint
Page 2 of 2 Pages